# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTOBAL GONZALEZ-REYES, Petitioner, v. SESSIONS, et al., Respondents. | Case No.: 18cv651-MMA<br><br>**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |

Petitioner Cristobal Gonzalez-Reyes has filed a petition for writ of habeas corpus ad prosequendum requesting that the Court order his immediate presentment before a United States Magistrate Judge. *See* Doc. No. 1. Petitioner asserts that he was taken into custody by Respondents on March 14, 2018, and has not yet been presented for initial appearance as required by Federal Rule of Criminal Procedure 5(a)(1)(A).

Rule 5 requires, in pertinent part, that "[a] person making an arrest within the United States must take the defendant without unnecessary delay before a magistrate judge, or before a state or local judicial officer as Rule 5(c) provides, unless a statute provides otherwise." Fed. R. Crim. P. 5(a)(1)(A).

Here, Petitioner simply avers that "there is good reason to believe that [he] is currently being detained in violation" of Rule 5(a)(1)(A). Doc. No. 1. at 2.[1] Petitioner was scheduled for an initial appearance before United States Magistrate Judge Peter C. Lewis on Wednesday, March 15, 2018. *See* Case No. 18mj8469. Petitioner did not appear as scheduled because he was not medically cleared to do so. Accordingly, Judge Lewis stayed presentment until March 19, 2018. To date, Petitioner has not yet made his initial appearance due to his continuing lack of medical clearance.

Petitioner has submitted a boilerplate petition which sets forth the applicable law, but provides no specific factual basis for this Court to conclude that the delay in his presentment is an *unnecessary* delay based on the current record.

Accordingly, the Court **DENIES** the petition. The Clerk of Court is instructed to enter judgment accordingly and close the case.

**IT IS SO ORDERED**.

DATE: March 30, 2018

HON. MICHAEL M. ANELLO
United States District Judge

---

[1] Citations refer to the pagination assigned by the CM/ECF system.