

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cristobal Gonzalez-Reyes | Civil Action No. 18cv651-MMA |
| Petitioner, | |
| V. | |
| See attachment | JUDGMENT IN A CIVIL CASE |
| Respondent. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Petitioner has submitted a boilerplate petition which sets forth the applicable law, but provides no specific factual basis for this Court to conclude that the delay in his presentment is an unnecessary delay based on the current record. Accordingly, the Court denies the petition. The Clerk of Court is instructed to enter judgment accordingly and close the case.

Date:   3/30/18

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ R. Chapman

R. Chapman, Deputy

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.**   18cv651-MMA

Respondents

Jeffrey Sessions
Attorney General of the United States

David Harlow
Director, United States Marshals Service

John Kelly
Secretary of the Department of Homeland Security

Steven C. Stafford
United States Marshal for the Southern District of California